IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.   06-cv-00452-LTB-BNB

ANDREW J. SKAFF,

      Plaintiff,

v.

WELLS FARGO BANK, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION CORP.,

      Defendants.
_____

**ORDER OF PARTIAL DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of All Claims Asserted Against Wells Fargo Bank, N.A. With Prejudice (Doc 37 - filed February 15, 2007) and the Court being fully advised in the premises, it is therefore

ORDERED that all claims asserted against Wells Fargo Bank, N.A. shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED:   February   22  , 2007