**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-00452-LTB-BNB

ANDREW J. SKAFF,

      Plaintiff,

v.

WELLS FARGO BANK, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION CORP.,

      Defendants.
_____

**ORDER OF PARTIAL DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of All Claims Asserted Against Equifax Information Services, LLC With Prejudice (Doc 38 - filed February 19, 2007) and the Court being fully advised in the premises, it is therefore

ORDERED that all claims asserted against Equifax Information Services, LLC shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED:   February   22  , 2007