## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  06-cv-00452-LTB-BNB

ANDREW J. SKAFF,

      Plaintiff,

v.

WELLS FARGO BANK, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION CORP.,

      Defendants.
_____

## ORDER OF PARTIAL DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of All Claims Asserted Against Transunion, LLC With Prejudice (Doc 41 - filed March 7, 2007) and the Court being fully advised in the premises, it is therefore

ORDERED that all claims asserted against Transunion, LLC, shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:  March 8, 2007