**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-00452-LTB-BNB

ANDREW J. SKAFF,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 45 - filed April 2, 2007) and the Court being fully advised in the premises, it is therefore

      ORDERED that all claims asserted against Experian Information Solutions, Inc. shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED:   April 3, 2007